No. 97–5194. MARTINEZ ET AL. *v.* BEAVER STAIRS CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–5196. COLON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5197. JOHNSON *v.* MUNICIPAL COURTS OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5198. MOSS *v.* MCGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–5199. MCDONALD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5200. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5201. PRIBYTKOV *v.* NEW JERSEY INSTITUTE OF TECHNOLOGY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–5202. MELONCON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5203. WILLIAMS *v.* HENDERSON, SUPERINTENDENT, CENTENNIAL CORRECTIONAL FACILITY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–5204. WILLIAMS *v.* MCCLELLAN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–5205. STRICKLAND *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 97–5206. BOARDLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5208. BERKERY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 97–5209. LANGFORD *v.* DAY, DIRECTOR, MONTANA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.